# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 January 2016 to 31 January 2016

### Income

| | | | |
|---|---|---|---|
| Sales | | | 17591.56 |
| Services | | | |
| Other Income | | | |
| **Total Income** | | | 17591.56 |

### Expenses

| | | | |
|---|---|---|---|
| ~~Accounting~~ PARTS | | 9191.30 | |
| Advertising | | 250.00 | |
| Assets - Small | | | |
| Bank Charges | | 550.00 | |
| ~~Depreciation~~ GAS BILL | | 180.00 | |
| Electricity | | 175.00 | |
| Hire of Equipment | | | |
| Insurance | HEALTH INS / SHOP / LIFE | 400.00 | |
| Interest | | | |
| Motor Vehicle | | 250.00 | |
| Office Supplies | | 100.00 | |
| Postage & Printing | | 75.00 | |
| Rent | | 2370.00 | |
| Repairs & Maintenance | | 150.00 | |
| ~~Stationery~~ COMPUTER PROGRAM. | | 260.00 | |
| Subscriptions | | | |
| Telephone | | 270.00 | |
| ~~Training / Seminars~~ UNIFORMS, RAGS / TOILET SOAP | | 280.00 | |
| Wages & Oncosts | | | |
| **Total Expenses** | | 14481.30 | 3110.26 |
| | | | |
| **Profit / (Loss)** | | | 3110.26 |

16-15738-aih    Doc 14    FILED 10/28/16    ENTERED 10/28/16 11:34:40    Page 1 of 9

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 February 2016 to 28 February 2016

### Income

| | | |
|---|---:|---:|
| Sales | ~~20,608.14~~ | 20008.14 |
| Services | | |
| Other Income | | |
| **Total Income** | | 20008.14 |

### Expenses

| | | |
|---|---|---:|
| ~~Accounting~~ PANTS | | 11 016.89 |
| Advertising | | 250.00 |
| Assets - Small | | |
| Bank Charges | | 540.00 |
| ~~Depreciation~~ GAS BILL | | 180.00 |
| Electricity | | 175.00 |
| Hire of Equipment | | |
| Insurance  HEALTH INS, SHOP, LIFE | | 400.00 |
| Interest | | |
| Motor Vehicle | | 190.00 |
| Office Supplies | | 126.00 |
| Postage & Printing | | 90.00 |
| Rent | | 2370.00 |
| Repairs & Maintenance | | 365.00 |
| ~~Stationery~~ COMPUTER PROGRAM, | | 260.00 |
| Subscriptions | | |
| Telephone | | 270.00 |
| ~~Training / Seminars~~ UNIFORM, RAGS, SOAP ECT | | 280.00 |
| Wages & Oncosts | | |
| **Total Expenses** | | 16 512.89 |

| | | |
|---|---|---:|
| **Profit / (Loss)** | | 3495.25 |

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 March 2016 to 31 March 2016

### Income | | 17985.70

Sales
Services
Other Income

**Total Income**

### Expenses

| Item | Note | Amount |
|---|---|---|
| ~~Accounting~~ PANTS | | 10132.14 |
| Advertising | | 250.00 |
| Assets - Small | | |
| Bank Charges | | 365.00 |
| ~~Depreciation~~ GAS BILL | | 180.00 |
| Electricity | | 175.00 |
| Hire of Equipment | | |
| Insurance | HEALTH INS SHOP, LIFE INS | 400.00 |
| Interest | | |
| Motor Vehicle | | 172.00 |
| Office Supplies | | 142.00 |
| Postage & Printing | | 90.00 |
| Rent | | 2370.00 |
| Repairs & Maintenance | | 290.00 |
| ~~Stationery~~ COMPUTER PROGRAM | | 260.00 |
| Subscriptions | | |
| Telephone | | 270.00 |
| ~~Training / Seminars~~ UNIFORMS RAGS, SOAP ect | | 280.00 |
| Wages & Oncosts | | |

**Total Expenses** | 15376.14

**Profit / (Loss)** | 2609.56

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 April 2016 to 30 April 2016

| Income | | 13722.25 |
|---|---|---|
| Sales | | |
| Services | | |
| Other Income | | |
| **Total Income** | | |

| Expenses | | |
|---|---|---|
| ~~Accounting~~ PARTS | 7440.21 | |
| Advertising | 250.00 | |
| Assets - Small | | |
| Bank Charges | 620.00 | |
| ~~Depreciation~~ GAS BILL | 180.00 | |
| Electricity | 175.00 | |
| Hire of Equipment | | |
| Insurance HEALTH INS, SHOP, LIFE | 400.00 | |
| Interest | | |
| Motor Vehicle | 110.00 | |
| Office Supplies | 91.00 | |
| Postage & Printing | 90.00 | |
| Rent | 2370.00 | |
| Repairs & Maintenance | 165.00 | |
| ~~Stationery~~ COMPUTER PROGRAM | 260.00 | |
| Subscriptions | | |
| Telephone | 250.00 | |
| ~~Training / Seminars~~ UNIFORMS, Rugs Soap ect | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | 12661.21 | |

| **Profit / (Loss)** | | 1121.04 |
|---|---|---|

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 May 2016 to 31 May 2016

### Income

| | | |
|---|---|---|
| Sales | | 15376.97 |
| Services | | |
| Other Income | | |
| **Total Income** | | |

### Expenses

| | | |
|---|---|---|
| ~~Accounting~~ PARTS | 8422.96 | |
| Advertising | 250.00 | |
| Assets - Small | | |
| Bank Charges | 210.00 | |
| ~~Depreciation~~ GAS BILL | 180.00 | |
| Electricity | 175.00 | |
| Hire of Equipment | | |
| Insurance HEALTH INS, SHOP, LIFE INS | 400.00 | |
| Interest | | |
| Motor Vehicle | 600.00 | |
| Office Supplies | 130.00 | |
| Postage & Printing | 75.00 | |
| Rent | 2370.00 | |
| Repairs & Maintenance | 94.00 | |
| ~~Stationery~~ COMPUTER program | 260.00 | |
| Subscriptions | | |
| Telephone | 270.00 | |
| ~~Training / Seminars~~ UNIFORMS, Rugs, Soap ect | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | 13716.96 | |
| | | |
| **Profit / (Loss)** | | 1660.01 |

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 June 2016 to 30 June 2016

### Income

| | | |
|---|---|---|
| Sales | | 20505.73 |
| Services | | |
| Other Income | | |
| **Total Income** | | |

### Expenses

| | | |
|---|---|---|
| ~~Accounting~~ PARTS | 11370.08 | |
| Advertising | 250.00 | |
| Assets - Small | | |
| Bank Charges | 400.00 | |
| ~~Depreciation~~ GAS BILL | 180.00 | |
| Electricity | 175.00 | |
| Hire of Equipment | | |
| Insurance  HEALTH INS. SHOP, LIFE | 400.00 | |
| Interest | | |
| Motor Vehicle | 225.00 | |
| Office Supplies | 150.00 | |
| Postage & Printing | 90.00 | |
| Rent | 2370.00 | |
| Repairs & Maintenance | 175.00 | |
| ~~Stationery~~ COMPUTER PROGRAM | 260.00 | |
| Subscriptions | | |
| Telephone | 270.00 | |
| ~~Training / Seminars~~ UNIFORMS, RUGS, SOAP ECT | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | | |
| **Profit / (Loss)** | 16595.08 | 3910.65 |

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 July 2016 to 31 July 2016

### Income

| | | |
|---|---|---|
| Sales | | 14375.83 |
| Services | | |
| Other Income | | |
| **Total Income** | | |

### Expenses

| | | |
|---|---|---|
| ~~Accounting~~ PANTS | 7127.07 | |
| Advertising | 250.00 | |
| Assets - Small | | |
| Bank Charges | 175.00 | |
| ~~Depreciation~~ GAS BILL | 180.00 | |
| Electricity | 175.00 | |
| Hire of Equipment | | |
| Insurance  HEALTH INS, SHOP, LIFE | 400.00 | |
| Interest | | |
| Motor Vehicle | 245.00 | |
| Office Supplies | 65.00 | |
| Postage & Printing | 90.00 | |
| Rent | 2370.00 | |
| Repairs & Maintenance | 295.00 | |
| ~~Stationery~~ COMPUTER PROGRAM | 260.00 | |
| Subscriptions | | |
| Telephone | 270.00 | |
| ~~Training / Seminars~~ UNIFORMS, RUGS, SOAP ETC | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | 12182.07 | |

| | | |
|---|---|---|
| **Profit / (Loss)** | | 2193.76 |

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 August 2016 to 31 August 2016

### Income

| | | |
|---|---|---|
| Sales | | 17105.09 |
| Services | | |
| Other Income | | |
| **Total Income** | | |

### Expenses

| | | |
|---|---|---|
| ~~Accounting~~ PARTS | 10 247.04 | |
| Advertising | 250.00 | |
| Assets - Small | | |
| Bank Charges | 290.00 | |
| ~~Depreciation~~ Gas Bill | 180.00 | |
| Electricity | 175.00 | |
| Hire of Equipment | | |
| Insurance HEALTH IN - SHOP LIFE | 400.00 | |
| Interest | | |
| Motor Vehicle | 140.00 | |
| Office Supplies | 80.00 | |
| Postage & Printing | 90.00 | |
| Rent | 2370.00 | |
| Repairs & Maintenance | | |
| ~~Stationery~~ Computer program | ~~20~~ 260.00 | |
| Subscriptions | 0 | |
| Telephone | 270.00 | |
| Training ~~/ Seminars~~ UNIFORMS Rugs, soap etc | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | 15 032.04 | |

| | | |
|---|---|---|
| **Profit / (Loss)** | | 2073.05 |

# NORTH RIDGEVILLE AUTOMOTIVE

35215 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039

## Profit & Loss Statement

for the period 1 September 2016 to 30 September 2016

### Income

| | | |
|---|---|---|
| Sales | | 7550.50 |
| Services | | |
| Other Income | | |
| **Total Income** | | |

### Expenses

| | | |
|---|---|---|
| ~~Accounting~~ PANTS | 3650.81 | |
| Advertising | | |
| Assets - Small | | |
| Bank Charges | 860.00 | |
| ~~Depreciation~~ GAS BILL | | |
| Electricity | | |
| Hire of Equipment | | |
| Insurance  HEALTH INS SHOP / LIFE | 151.00 | |
| Interest | | |
| Motor Vehicle | | |
| Office Supplies | | |
| Postage & Printing | | |
| Rent | 2370.00 | |
| Repairs & Maintenance | | |
| ~~Stationery~~ Computer program | 280.00 | |
| Subscriptions | | |
| Telephone | | |
| ~~Training / Seminars~~ UNIFORM, Rugs, Soap ect | 280.00 | |
| Wages & Oncosts | | |
| **Total Expenses** | 7591.81 | |

**Profit / (Loss)** — 43.31